THE STATE OF OHIO, APPELLEE, *v.* BANKS, APPELLANT.

[Cite as State *v.* Banks (1985), 16 Ohio St. 3d 33.]

(No. 85-110—Decided April 3, 1985.)

*Mr. Michael Miller,* prosecuting attorney, and *Ms. Karen L. Martin,* for appellee.

*Messrs. Tyack & Grubb* and *Mr. G. Gary Tyack,* for appellant.

This cause on appeal from the court of appeals (case No. 84AP-383) is affirmed on authority of *State* v. *Moore* (1985), 16 Ohio St. 3d 30, decided this day.

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.